UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CR-H-99-721-3 |
| BRANDON CREIGHTON SAMPLE. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk will please enter the following change of address for Defendant Sample:

Brandon Sample
P.O. BOX 445
Red Oak, Texas 75154

Respectfully submitted,

Brandon Sample
P.O. BOX 445
Red Oak, Texas 75154

*[Filed stamp: United States Courts, Southern District of Texas, FILED FEB 0 6 2012, David J. Bradley, Clerk of Court]*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 2nd day of February, 2012, via first-class mail, postage prepaid, on the following:

U.S. Attorney
P.O. BOX 61129
Houston, Texas 77208

_____
Brandon Sample

Inmate Name Brandon Semple
Registration # 33949-037
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

CR-H-99-721-3

DULUTH MN 553
02 FEB 2012 PM 1 T

⇔33949-037⇔
Clerk US District Court
PO BOX 61010
Houston, TX 77208
United States

FEB 0 6 2012
David J. Bradley, Clerk of Court